UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ARROYO HINOJOSA,<br><br>          Petitioner,<br><br>    vs.<br><br>SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY,<br><br>          Respondent. | Case No. SA CV 12-1294 MRW<br><br>JUDGMENT |

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: March 4, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE